IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEDIDIAH SHOEMAKER,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents.                  / | No. C 11-02674 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On June 3, 2011, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He also filed a completed in forma pauperis application and his certificate of funds; however, he did not file a copy of his prisoner trust account statement.

On the same date, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he either paid the fee or submitted his prisoner trust account statement within thirty days. Petitioner was also informed that the failure to pay the filing fee or file the requisite document within the thirty-day deadline shall result in dismissal of this action.

More than thirty days have passed, and Petitioner has not paid the filing fee or filed the requisite document. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. Petitioner's in forma pauperis application (docket no. 2) is DENIED as incomplete. The Clerk of the Court shall close the file and terminate all pending motions as moot (docket no. 3).

This Order terminates Docket nos. 2 and 3.

IT IS SO ORDERED.

DATED:   7/15/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.11\Shoemaker2674.DisIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEDIDIAH SHOEMAKER,<br><br>        Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al,<br><br>        Defendant.                    / | Case Number: CV11-02674 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jedidiah Shoemaker G-16403
California State Prison - Corcoran
P.O. Box 3466
Corcoran, CA 93216-3466

Dated: July 19, 2011

                                                Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk